28774. FORRESTER v. THE STATE.

DECIDED JANUARY 23, 1941.

*W. R. Bentley,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

GARDNER, J. The defendant was convicted under the Code, §§ 74-302, 74-303, of the offense of bastardy. The elements necessary to be proved to authorize a verdict of guilty of this offense are two: first, that the accused is the father of the child, and, second, that the accused has refused to give the statutory bond when required by a magistrate under a proper proceeding.

The evidence as to the first was issuable and the jury resolved it against the defendant. As to the second, the defendant through his counsel admitted the refusal to give the required bond. The preliminary warrant, together with the entries of finding and requirement of the magistrate, were admitted without objection. It would serve no good purpose further to detail the record. The verdict of guilty was authorized. *Nutt* v. *State,* 46 *Ga. App.* 725 (169 S. E. 49).

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

28778. FORRESTER v. THE STATE.

DECIDED JANUARY 23, 1941.

BROYLES, C. J. The defendant was convicted in the criminal court of Fulton County of operating, on a public highway of said county, an automobile at a rate of speed exceeding fifty-five miles an hour. His certiorari was overruled by a judge of the superior court, and he assigns that judgment as error. The evidence contained in the petition for certiorari, together with the additional evidence set forth in the answer of the trial judge, amply authorized his conviction; and the petition for certiorari contains no special assignment of error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*